*David M. Reilly, Jr.,* in support of the motion.

Submitted June 14—decided June 20, 1973

HAROLD A. SCHWARTZ ET AL. *v.* TOWN PLANNING AND ZONING COMMISSION OF LITCHFIELD

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Litchfield County is granted.

*Thomas C. White,* in support of the petition.

*Walter M. Pickett, Jr.,* in opposition.